IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Facility

Daniel Wilson 266779, Lime Stone Correctional
**Full name and prison number**
**Of Plaintiff(s)**

v.

Captain McKenzie

officer Oden

officer Parker

Cadet officer Garcia

Officer Hughes

**Name of person(s) who violated**
**Your constitutional rights.**
**(List the names of all**
**persons.)**

2:21-CV-621-ECM-SMD
CIVIL ACTION NO._____
(To be supplied by Clerk of
U.S. District Court)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2021 OCT 15  A 10: 05
RECEIVED

I. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action?  YES ( V )  NO ( )

B. Have you begun other lawsuits in state or federal court
relating to your imprisonment? YES ( V )  NO ( )

C. If your answer to A or B is yes, describe each lawsuit
in the space below. (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) Daniel Wilson

Defendant(s) John Crow, Monica May of Easterling Prison

2. Court )if federal court, name the district; if
state court, name the county) Middle District

Northern Division

1

3.   Docket number _220 - CV-353 - 220 -cv-348_
_CV-221 - 354, CV-221-557_

4.   Name of judge to whom case was assigned _Judge_
_Charles Cody_

5.   Disposition (for example: Was the case dismissed?
Was it appealed? Is it still pending?) _Still pending_

6.   Approximate date of filing lawsuit _April of 2020_
_And July of 2021_

7.   Approximate date of disposition _pending_

II.   PLACE OF PRESENT CONFINEMENT _Lime Stone Correctional facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Lime Stone_
_Correctional facility_

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| CPT 1. | Captain Mkenzie | 28779 Nick Davis Rd |
| SGT 2. | Officer Parker | 28779 Nick Davis Rd |
| Cadet 3. | Officer Garcia | 28779 Nick Davis Rd |
| Col 4. | Officer Oden | 28779 Nick Davis Rd |
| 5. | | |
| 6. | | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _9-20-21_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Security health hazards on Bad living Conditions_

2

There is no Covering over the light switch Nothing But wires popping out and its Damp already in the Bathrooms

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

At 10:30am I went to use the Bathroom and as I cut on the light I got Shocked and the light switch wires behind blew up and I Burnt my hand as I went out the door twords the shift office I saw Captian McKenzie and told her and she simply Laughed and said we making fires I said mam if we wanna make fires we got matches Then I went to the shift office and saw Sergant porter ~~and~~: and told him what happen and he said he Called maintnence and told them to fix it and they still havent fixed it, so they been knew

SUPPORTING FACTS: The wireing was Bad already, After I left there I went to Hcu to Be seen Cause I was in pain and The New Cadet officer Mrs Garcia turned me around Cuz She said they are to busy its 20 nurses in there and you new Couldnt no one see about me So In other words Im Being over looked, What if my hand would of Burnt off or Any thing and im in a lot of pain and it hurts Bad. Thats deliberate Indifference

GROUND THREE: Sexual Harassment from a Doc Named officer Oden Nickname Ship~~wreck~~ Wreck he's very disrespectful and violent and abuses his authority.

SUPPORTING FACTS: On 9-19-21 officer Oden AKA Shipwreck told me to Suk his dick, Called me and my mom a Bitch, and Said He would fuk me in my Ass. I told Lieutnant Lovett or Luvell and he said oh thats officer Oden he talks like that, I said no Sir Im a man I dont play Like that and he's done it 3 or 4 time in the week of me Being In the Kitchen working - He's had Several issues with inmates already, and has had prea Called on him already, Warden Streeter and Warden Tony knows about it and aint Nothing has been done to him period, I called prea, wrote I&I, wrote mental Health and told them Im very uncomfortable with him he also Shudder pushed me to the Wall outside the Kitchen By the dish Room and said Im a Bitch, I told them if he does it again I will Be forced to defend myself. Right is Right and wrong is wrong and several witnesses can verify the truth

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

500.000 for my pain and issues that they are looking over Be placed in the thinking for a Change program Court ordered And my freedom. ASAP

_____ 260779
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ____9-20-21____.
(Date)

_____ 260779
Signature of plaintiff(s)

4