FILED
2023 Mar-01  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL MACARTHUR WILSON, AIS #260779,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 5:21-CV-1556-RDP-SGC** |
| **CAPTAIN MCKENZIE,** *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant Officer Sidney L. Oden, Sr., by and through undersigned counsel, and moves for an extension of time to file his Special Report in this cause and for grounds states as follows:

1.     The Defendant's Answer and Special Report in this cause is due today, March 1, 2023.

2.     On January 31, 2023, plaintiff Daniel Macarthur Wilson ("Wilson") was released from Alabama Department of Corrections custody. (*See* attachment 1).

3.     At the time of this filing, Wilson has not provided our office or this Court a forwarding address.

4.   The undersigned, therefore, requests an enlargement of time to allow Wilson additional time to notify this court of his address and if he wishes to continue to pursue this lawsuit.

5.   This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendant Oden respectfully requests an enlargement of time to file his Special Report, in order to allow Wilson adequate time to inform the court and the Defendant of his current mailing address.

Steve Marshall
 *Attorney General*

s/ Andrew C. Crowder
Andrew C. Crowder
 *Assistant Attorney General*

OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Andy.Crowder@AlabamaAG.gov

**Counsel for Defendant Oden**

2

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on March 1, 2023, electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have not mailed a copy of same to the plaintiff, as he has not left a forwarding address.

/s/ Andrew C. Crowder
Andrew C. Crowder
*Assistant Attorney General*

3